UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SURESH KUMAR,

                Petitioner,

-against-

UNITED STATES OF AMERICA and
FEDERAL BUREAU OF PRISONS,

                Respondents.
------------------------------------------------------------------X

**ORDER**

**22-cv-5533 (JGLC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of *pro se* Petitioner Suresh Kumar's letter at Dkt. No. 17 requesting an update in this action. The Court confirms that the petition is fully briefed, and this Court will issue a Report and Recommendation to District Judge Clarke or schedule any necessary oral argument in due course. **The Clerk of the Court is respectfully requested to mail a copy of this order to Petitioner**.

    SO ORDERED.

DATED:    New York, New York
                December 6, 2023

                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge