**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SURESH KUMAR,

                               Petitioner,                  22 **CIVIL** 5533 (JGLC)

        -against-                                     **JUDGMENT**

UNITED STATES OF AMERICA and FEDERAL
BUREAU OF PRISONS,

                               Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2025, the Report and Recommendation is ADOPTED in its entirety. As such, the petition for writ of habeas corpus is DENIED and the case is closed.

**DATED:**  New York, New York
              April 22, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**
                     **BY:**
                                                         **Deputy Clerk**